# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAHSHIM SAUNDERS,**

      **Plaintiff,**

**v.**                                                  Case No:   6:16-cv-1865-Orl-22GJK

**COMMERCIAL COMPANIES, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 18) filed on March 27, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 17, 2017 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement is hereby GRANTED in part and DENIED in part.

3. The non-disparagement provision in the Agreement (Doc. No. 18 at 10, ¶7d, first sentence) is hereby STRICKEN.

4. The Court finds the Agreement (Doc. No. 18 at 6-11), with the modification set forth above, to be a fair and reasonable compromise of Plaintiff's FLSA claims.

5. This case is DISMISSED WITH PRJUDICE.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties